

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2021

No. 04-21-00238-CV

**CC&T ENTERPRISES, LLC**,
Appellant

v.

**THE TEXAS 1031 EXCHANGE COMPANY**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-484
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

The district clerk's request for an extension of time to file the clerk's record is GRANTED. The clerk's record is due on or before **September 2, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court